**UNATED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

FILED
CLERKS OFFICE
2005 FEB 29 A 10: 15
U.S. DISTRICT COURT
DISTRICT OF MASS.

***LEVON BABAYAN***
***Plaintiff***

***V.***

***Michael Chadinha***
***Tortfeasor***

***CIVIL ACTION NO***

05-10427 RGS

Referred to New Magistrate Judge

***COMPLAINT***

***NOW COMES THE PLAINTIFF, PURSUANT TO THE PROVISIONS OF Title 42 United States Code, Section 1983 for INTENTIONAL TORTS AND CONSTITUTIONAL TORTS, for Intentional Miscarriage of Justice and Judicial Conduct.***

***Preliminary Statement***

***1. This is a Civil action in which Plaintiff seeks to recover the fair and reasonable declaratory and injunctive compensation for the dishonest and criminal Torts, committed by the administrative Traitor-Judge of Department of Industrial Accident –Michael Cahdinha, who has voluntarily participated in conspiracy and betrayal against an American Disabled Citizen and the Constitution of the United States, and also intentionally committed the crime of endangering human life and attempted to murder the disabled plaintiff.***

*JURISDICTION*

***This Court has Jurisdiction over this matter pursuant to 28 U.S.C.*1332 /Constitution of the United States; Article IV, Section2; Article VII and XIV/***

***Claim also under the Americans with Disabilities Act of 1990(the ADA) 42 U.S.C.*12101; 28 U.S.C. *1292.***

*See "Cannon v. Univ. of Chicago, 441 U.S. 677, 678, 99 S Ct. 1946, 1953, 60L Ed. 2d 560(1979 and recent decision by the U.S. Supreme Court in Alexander v. Sandoval, which distills and clarifies the approach we are obliged to follow: See 532 U.S. 275, 121 S Ct. 1511, 149 L. Ed. 2d 517*

*2. The Plaintiff, Levon Babayan, is an adult male, 61 years old, resident of Dedham, 96 Bussey Street, Norfolk County, Massachusetts.*

*3. Now the Plaintiff is totally Disabled because of the job related Stress, Heart Attack, heart injury and heart surgery,*

*4.*

*Protection of the general public or a statute written "simply as a ban on discriminatory conduct to infer a private remedy in favor of individual persons". Cannon, 441 U.S. at 690-93, 99 S. Ct. at 1954-55.*

*-Administrative Judge-Traitor and Crook is located:*

*5. Jurisdiction is conferred upon this Court by Title 42 United States Code, Section 1983, also by violation Civil Rights Act of 1991.*

*6. Prior to September 30, 1998 (during Eight years) Plaintiff Levon Babayan had been involved in development efforts in the State Archives Building, where he worked as a Slave and was forced by his boss Director Sundstrom, to fulfill duties at least for Six people at once, and this illegal exploitation did bring to Director Sundstroms a budget of at least $ 100,000 profit per each year.*

7. ***Plaintiff was hired as a HVAC Mechanic, but Director Sundstrom secretly deceived Plaintiff and in conspiracy with the Office put the Plaintiff into official form as a Skilled Laborer instead Mechanic with the salary 30K/year instead of 35K, and forced the Plaintiff to work as a HVAC Mechanic, Tractor, car and small engine Mechanic, Plumber, Electrician, Carpenter, Painter, Mason, Upholsterer, Tile installer, Gardner, Digger and also as a manual worker***

8. ***As a result of this awful and illegal exploitation and of absence even of basic Federal and State safety rules and regulations, and also because of intentional criminal behavior of the Gestapo boss Sundstrom – Plaintiff, like some of his co-workers, was hurt, injured and poisoned many times from the deadly poison paint and pesticides.***

9.

***, because of the constant poisoning and of the useless weeding during the whole summer in the polluted by deadly pesticides four acres of Achieves land under dangerous and ruthless sun in the 100 degrees temperature and 100% humidity, and without place to cool off or take a shower, because the maintenance room is located in a basement and doesn't have any ventilation***

***Plaintiff tried to find Justice in the Constitutional Office of the Secretary of State of Massachusetts, because he never ever was evaluated during eight years, but instead of receiving a deserved gratitude and raise of salary, the Plaintiff was falsely accused in the ridicules and impossible crime against State property by his Gestapo-Director Sundstrom, who tried to blame Plaintiff in destroying the Central Computer program, which is never happened and is impossible to do.***

***12. This Director Sundstroms False accusation was intentional and he told the Plaintiff to quit his job voluntarily or the Director Sundstrom would fire Plaintiff as a criminal.***

***he wanted to get rid of survived victim, who knows too much about Director Sundstroms criminal negligence and abuse.***

***There is a list of victims of this Gestapo-Director Sundstrom:***

***(1). - he was destroyed mentally and fired for the falsely fabricated accusation after six years of slavery.***

***(2 -he was mentally destroyed and fired for the falsely fabricated accusation.***

***(3 -he was forced to retire prematurely, because of his refusal to violate the State Electrical Code by cutting corners.***

***(4). -a harmless person was destroyed physically and mentally, he burnt up his lungs from deadly acid vapors, because Gestapo –Director Sundstrom purposely shut off ventilation system in the basement room. Three weeks in a hospital between life and Death and severe asthma made slave Sclafanny totally disabled physically and mentally.***

***(5). – his got a heart attack at this job, because of every day harassment and was forced by Gestapo- Director Sundstrom, who refused to call paramedics, to drive himself to the hospital. Unfortunately he died, when he reached hospitals parking lot in working time.***

***(6). - he became almost blind and dangerously allergic to deadly pesticides, in which environment he has been working for over ten years, with the constant hate and fear to be fired for nothing and he is still subject to humiliation and harassment.***

***(7 - he'd got from illegal in Public Building Deadly and Toxic Cleansers – first Ulcer and later a Cancer-thanks to Gestapo-Director Sundstrom.***

***(8 - he was intimidated, harassed and threatened to get fired, because he got sick from the same poison and toxic chemical Cleansers, which gave a Cancer to co-worker Harvey Eden, and he was forced to leave work in the maintenance department.***

*after eight years of dedicated and hard labor for Eight people at least was dishonestly and deliberately accused in imperturbable crime against State property by his Gestapo Director Sundstrom, without slightest reason and was forced to quit his job.*

*14. The Plaintiff filed a case for benefits based upon M.G.L. c.152 section 34, 36, and 37 due to work related injury.*

*15. The Plaintiffs' claim was heard at a conference on May 12, 1999 by Administrative Judge Michael Chadinha, who during Five Minutes illegally denied the disabled Plaintiff from the job compensation benefits on basis of the false statement of the Director of D.I.A. Rita McCabe, who affirmed that, nothing happened at all with the Plaintiff on his job.*

*16. Director of DIA Rita McCabe later was fired for her false statement and forgery.*

*18. In that time the Plaintiff did not suspect, that Administrative judge Michael Chadinha is a dishonest and despicable crook, who can betrayed Law and Constitution and force a disabled and defenseless worker Levon Babayan to die from starvation on the street.*

*by the same dishonest inquisitor-judge Michael Chadinha, who after hearing all of the evidences decided to suspend his decision and to murder quietly a sick and disabled Plaintiff by suffering him from starvation on the street.*

[illegible]

*[illegible], which the disabled Plaintiff waited from for October 20, 1999 – to award the Plaintiff as a Mentally sick with the temporary total disability benefits from the date of injury until September 2001,*

*and in the same time* [illegible]

[illegible]

***21. The Plaintiff was forced by administrative judge Michael Chadinha all this time to suffer from starvation and absence of justice and of any money for Medicine, for Food, for Mortgage payments, for utilities and co-payments for Medical insurance, and thanks to this dishonest administrative judge Chadinha-a disabled Plaintiff lost everything, what he worked for and what he lived for, and was pushed into deep despair and misery.***

***22. This suffering and despair of the disabled Plaintiff, which were driving by the crooked administrative judge Chadinha did provoked a second heart attack and second heart surgery, and afterwards the Plaintiff became a totally disabled.(Section 187 Mass. Pinal Code – Intentional Act of dangerous human live) and Liability for unlawful acts, GLM. C.149, section 20B.***

/ [illegible]

***23. The second decision (D.I.A. No. 04069298) of the Administrative judge Michael Chadinha was again dishonest and capricious, and he again tried to harm Disabled Plaintiff and to murder him.***

[illegible]

***24. This is a second attempt to murder a disabled Plaintiff. Judge's Decision D.I.A. No. 04069298, p.15, December 12, 2000.***

[illegible]

***25. Administrative judge Michael Chadinha on base of "his medical "conclusion, which was a Revolutionary discovery in the Medical Science***

- [illegible]

***26. One of his Doctors -Alfred Jonas-Psychiatrist, who came up with a ridiculous*** [illegible]

***This lie was so obvious and stupid, that even dishonest administrative judge Michael Chadinha respectfully refuses to accept it. Judge's decision D.I.A. No. 04069298, p.12***

*27* [illegible]

[illegible] *and to please the Administrative judge Chadinha, he lied by saying that the Plaintiff' Coronary Artery Disease* [illegible]

***28. The administrative judge Michael Chadinha in his bigotry and dishonesty wasn't able to find after reviewing***

***29. Dr. Thomas Huth-physician- MD. "***

***Judge's decision D.I.A No.04069298, p.12.***

***30. Dr. Thomas Faldetta-physician-MD. "Levon Babayan continues to be very depressed, has been diagnosed as having Coronary Artery Disease***

***".***

***31. Dr. Gregory Talalaevsky-phisician-MD. "My patient Levon Babayan suffered another heart attack and he was for the second time hospitalized in January 27, 2000 for Second Coronary Artery Angioplasty surgery.***

***32. Dr. Geoffrey Hirsowitz-Cardiologist-MD. "Mr. Babayan has of his job-related physical demands, stresses and emotional upsets.***

***33. Dr. William Carlson-Cardiologist-MD. "Dear Mr.Babayan;***

[illegible]".

***34. Dr.Allen Pollack-a board certified psychiatrist;***

[illegible]

***35. The Medical Science Book/ Friedman & Booth –Kewley, 1987 / "Negative emotions triggered by stressful life events can have a variety of health-related consequences by "disease-prone" angry, depressed, or anxious persons.***

.

[illegible]

***36.*** [illegible]

***he intentionally disregarded the opinion of these Doctors…and even Medical science have been prejudiced thereby: Judge's decision DIA No. 04069298, p.11, p.12, p.13.***

[illegible]

***37. GENERAL FINDINGS; by the Judge's Chadinha decision DIA No.04069298, p.14***

" [illegible]

*This self made impostor" Doctor "and administrative judge-crook Michael Chadinha intentionally contradicted all the Evidence and Medical Science.*

38. *After customary new appeal the*

*Disabled victim, who miraculously survived after two judge's Chadinha attempts to murder him.*

39. ***REVIEWING BOARD ILLEGAL DECISION,***
***Board No. 040692-98, January 22, 2002***

***The Reviewing Board of D.I.A. in a collective body of three administrative stooges- Judges Carroll, Maze-Rothstein and Wilson decided to cover up the crime, which was committed by their dishonest colleague Michael Chadinha and proceed with this comedy of justice and mockery of disabled Plaintiff and to recommit ILLEGALLY this case to a new Administrative Judge for***

40. ***What about Two heart Attacks and two heart Surgeries, which did happen with the previously healthy and strong Plaintiff, who worked like a Slave and fulfilled the job of Six people at once,***

## ***FIRST CAUSE OF ACTION***

## ***INTENTIONAL STATE TORTS***

***(Title 42 United States Code, Section 1983)***

41. ***Plaintiff incorporates by reference the allegations of paragraphs 6 - 40 herein.***

*42*

***43. At all times relevant hereto, Defendant knew Plaintiff expected to be compensated for his work-related injury and Disability, but Defendant intentionally violated G.L.M. and jeopardized life of disabled Plaintiff, put his life in danger, made him suffer more and provoked second heart attack and second heart surgery, and because of this Plaintiff became totally disabled and continue to suffer without justice and money for survival.***

*44.*

***45. Defendant allowed Plaintiff to act in his behalf and with expectation of justice and compensation for work-related injury and disability without objecting to the continuance of Plaintiff's suffering and humiliation.***

***46. At all times relevant hereto, Plaintiff to furnish Defendant with all the medical documents and proves requested by Defendant, but he did ignore them intentionally.***

***47. Defendant's conspiracy benefited Director of D.I.A. Rita McCabe by accepting her false report and false testimony and by denying illegally the Plaintiff from the job compensation benefits, his only one source for life.***

*48*

***nd***

***Defendant after this long time of mockery did ignore expert's opinions and evidence and beyond his common knowledge and experience he illegally created his ridiculous medical conclusion, which contradicted the Medical Science and which hurt Plaintiff's interest and health too.***

***49. By failing to compensate Plaintiff for the work-related injury and disability and by failing to allow Plaintiff to continue receiving job compensation benefits, Defendant – officer of the law, using ignorance and iniquity, intimidation and discrimination not only betrayed***

***Constitution of the Commonwealth and General Laws, but to a substantial certainty in addition did injure disabled Plaintiff and made Plaintiff a Totally Disabled.***

***WHEREFORE, Plaintiff demands the fair and reasonable compensation value of intentional Miscarriage of Justice, which made him a total Disabled invalid in an amount of not less that $ 500,000.00 plus interest and costs.***

## *SECOND CASE OF ACTION*

## *MALFEASANCE AND ABSTRACTION OF JUSTICE*

***50. Plaintiff incorporates by reference the allegations of paragraph 6 – 49 herein.***

***51. Defendant conspired to engage in and did engage in and committed acts in furtherance of conspiracy for the purpose of depriving the Disabled Plaintiff of the equal protection of the Laws and of equal immunities and privileges under the Laws.***

***52.*** [illegible]

***WHEREFORE, Plaintiff demands judgment against Defendant in a sum not less than $ 100,000.00 plus interest and costs.***

## *THIRD CAUSE OF ACTION*

## *INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS*

53. *Plaintiff incorporates by reference the allegations of paragraphs 6-52 herein.*

*Defendant conspired to engage in and did engage in and committed acts in furtherance of a conspiracy for the purpose to commit Fraud.*

*Defendant knew or should have know that the Injured at his job Disabled Plaintiff needs some income just to survive and pay for food, house, medication, medical insurance, utilities, car and car expenses and court expenses, but Defendant purposely and intentionally denied Disabled Plaintiff from the job compensation benefits and forced Plaintiff to lose everything what he worked for, and to live in deep poverty on the street and suffer from the absence of food and prescription medication.*

55. *Plaintiff was additionally injured by Defendant's unfair and deceptive acts or practices, which acts or practices were willful and knowing violation of G.L.M. c.258, section 2, and G.L.M. c.265. Section 37-Violation of constitutional rights.*
*/Constitution of U.S. Article XIV, Section I/*

56. *The above conduct was extreme and outrageous and beyond all bounds of decency and was intolerable in court and in a civilized country like the United States of America.*

57.

58. *Defendant is thus liable to the Disabled Plaintiff for infliction of Enormous Emotional Distress, Second heart attack and the Second Heart Surgery.*
*WHEREFORE, Plaintiff demands judgment against Defendant in a sum not less than $ 100,000.00 plus interest and costs.*

## *FOURTH CAUSE OF ACTION*

## *CONSPIRACY TO COMMIT A MURDER.*

*59. Plaintiff incorporates by reference the allegations of paragraphs 6-58 herein.*

*60. Defendant in his retaliatory action decided to harm Disabled Plaintiff second time and more than before, and even to murder him.*

*(Judge Chadinha's decision from December 12, 2000, D.I.A. No.*

*60. Such decision of administrative judge Chadinha was beyond the scope of his authority and became nothing but intentional attempt to murder the Disabled Plaintiff.*

*WHEREFORE, Plaintiff demands judgment against Defendant in sum not less than $ 100,000.00 plus interest and costs.*

## *FIFTH CAUSE OF ACTION*

## *SPECIFIC PERMANENT INJURIES*

*(G.L.M. chapter 152, section 36J)*

*61. Plaintiff incorporates by reference the allegations of paragraphs 6 – 60 herein.*

*62. Upon information, admissible evidences and real truth, Defendant never intended to compensate Plaintiff for his work-related injuries, surgeries and Total Disability in which Defendant willingly and intentionally participated as an abuser, and as a criminal.*

*63. Plaintiff's REGIONAL MEDICAL PANEL CERTIFICATE FOR ACCIDENTAL DISABILITY.*
*PERAC ID: 2003230820 from October 2, 2002.*

*"It's said that INCAPACITY of Plaintiff LIKELY WILL BE PERMANENT"*

*64. PERMANENCY: A disability is permanent if it will continue an indefinite period of time which is likely never to end even though recovery at some remote, unknown time is possible.*

*If the Medical Panel is unable to determine when the applicant will no longer be disabled, they MUST CONSIDER THE DISABILITY TO BE PERMANENT.*

*65. Plaintiff's Second REGIONAL MEDICAL PANEL CERTIFICATE FOR ACCIDENTAL DISABILITY.*
*PERAC ID: 2003233440 from January 22, 2003.*

*"It's said that INCAPACITY OF Plaintiff LIKELY WILL BE PERMANENT"*

*WHEREFORE, Disabled Plaintiff demands judgment against Defendant in sum of the treble legal amount in the average weekly wage in the date of injury multiplied by Eighty: 625 X 80 = 50,000.00 X 3 = 150,000.00 plus Attorney fees, costs and interest.*

## *JURY DEMAND*

*Plaintiff demands Jury Trial on all issues so triable.*

*LEVON BABAYAN PRO SE*
[signature]
*96 Bussey Street*
*Dedham, MA 02026*
*781 251-9334*
03/01/2005

## You Can Review The Information in Your Case

The decisions in this letter are based on the law. You have a right to review and get copies of the information in our records that we used to make the decisions explained in this letter. You also have a right to review and copy the laws, regulations and policy statements used in deciding your case. To do so, please contact us. Our telephone number and address are shown under the heading "If You Have Any Questions."

## Things To Remember

- Your payments may change if your circumstances change. Therefore, you are required to report any change in your situation that may affect your Supplemental Security Income payment. For example, you should tell us if you move, if anyone else moves from or into your household, if your marital status changes, if income or resources for you or members of your household change, if your medical condition improves or if you go to work.

- You may use this letter when you need proof of your SSI payment amount for other assistance programs such as food stamps, rent subsidies, energy assistance, medical assistance, bank loans, or for other purposes. However, if you get another letter saying your SSI payment is changing again, use that letter instead.

- We may share information about you with other government agencies that pay benefits. Agencies use such information to see if a person qualifies for benefits. We sometimes use computer matching to share information and compare our records with those of other Federal, State, or local government agencies. The law allows us to use computer matching even if you do not agree.

## If You Disagree With The Decision

If you disagree with the decision, you have the right to appeal. We will review your case and consider any new facts you have.

- You have 60 days to ask for an appeal.

- The 60 days start the day after you get this letter. We assume you got this letter 5 days after the date on it unless you show us that you did not get it within the 5-day period.

- You must have a good reason for waiting more than 60 days to ask for an appeal.

- To appeal, you must fill out a form called "Request for Reconsideration." The form number is SSA-561. To get this form, contact one of our offices. We can help you fill out the form.

2

SOCIAL SECURITY
480 WASHINGTON ST
NORWOOD MA 02062

Social Security Administration
Supplemental Security Income
Notice of Change in Payment

FILED
IN CLERKS OFFICE

Date: November 30, 2003
Claim Number: 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 DI

2005 FEB 28 P 3:10

U.S. DISTRICT COURT
DISTRICT OF MASS.

052 B003,M4E,170,010545 000023045 01 AT 0.292

LEVON BABAYAN
APT 2
96 BUSSEY ST
DEDHAM MA 02026-2211



We are writing to tell you about changes in your Supplemental Security Income payments. The rest of this letter will tell you more about this change.

We explain how we figured the monthly payment amounts shown below on the last page(s) of this letter. The explanation shows how your income, other than any SSI payments, affects your SSI payment. It also shows how we decided how much of your income affects your payment amount. We include explanations only for months where payment amounts change.

## Information About Your Payments

- The amount due you beginning January 2004 will be $678.39. This amount includes $114.39 from the State of Massachusetts.
- The amount due you is being raised because the law provides for an increase in Supplemental Security Income payments in January 2004 if there was an increase in the cost-of-living during the past year.

## Protect your Social Security number

To protect the privacy of your number, the Department of the Treasury is removing Social Security numbers from all federal government checks. You can take steps to protect your number, such as not carrying your Social Security card in your wallet but keeping it stored in a safe place. To further protect yourself, use direct deposit, the safe and reliable way to receive your benefits.

See Next Page

JS 44 (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

FILED IN CLERKS OFFICE 2005 FEB 29 A 10: 15 U.S. DISTRICT COURT DISTRICT OF MASS.

**I. (a) PLAINTIFFS** Levon Babayan

**DEFENDANTS** Michael Chadinha Administrative Judge of DIA

(b) County of Residence of First Listed Plaintiff (EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed (IN U.S. PLAINTIFF CASES ONLY) NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)

Attorneys (If Known)

05-10427 RGS

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

**CONTRACT**: ☐ 110 Insurance; ☐ 120 Marine; ☐ 130 Miller Act; ☐ 140 Negotiable Instrument; ☐ 150 Recovery of Overpayment & Enforcement of Judgment; ☐ 151 Medicare Act; ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans); ☐ 153 Recovery of Overpayment of Veteran's Benefits; ☐ 160 Stockholders' Suits; ☐ 190 Other Contract; ☐ 195 Contract Product Liability

**REAL PROPERTY**: ☐ 210 Land Condemnation; ☐ 220 Foreclosure; ☐ 230 Rent Lease & Ejectment; ☐ 240 Torts to Land; ☐ 245 Tort Product Liability; ☐ 290 All Other Real Property

**TORTS — PERSONAL INJURY**: ☐ 310 Airplane; ☐ 315 Airplane Product Liability; ☐ 320 Assault, Libel & Slander; ☒ 330 Federal Employers' Liability; ☐ 340 Marine; ☐ 345 Marine Product Liability; ☐ 350 Motor Vehicle; ☐ 355 Motor Vehicle Product Liability; ☐ 360 Other Personal Injury

**PERSONAL INJURY**: ☐ 362 Personal Injury—Med. Malpractice; ☐ 365 Personal Injury—Product Liability; ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**: ☐ 370 Other Fraud; ☐ 371 Truth in Lending; ☐ 380 Other Personal Property Damage; ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**: ☐ 441 Voting; ☐ 442 Employment; ☐ 443 Housing/Accommodations; ☐ 444 Welfare; ☒ 440 Other Civil Rights

**PRISONER PETITIONS**: ☐ 510 Motions to Vacate Sentence Habeas Corpus; ☐ 530 General; ☐ 535 Death Penalty; ☐ 540 Mandamus & Other; ☐ 550 Civil Rights; ☐ 555 Prison Condition

**FORFEITURE/PENALTY**: ☐ 610 Agriculture; ☐ 620 Other Food & Drug; ☐ 625 Drug Related Seizure of Property 21 USC 881; ☐ 630 Liquor Laws; ☐ 640 R.R. & Truck; ☐ 650 Airline Regs.; ☐ 660 Occupational Safety/Health; ☐ 690 Other

**LABOR**: ☐ 710 Fair Labor Standards Act; ☐ 720 Labor/Mgmt. Relations; ☐ 730 Labor/Mgmt. Reporting & Disclosure Act; ☐ 740 Railway Labor Act; ☐ 790 Other Labor Litigation; ☐ 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**: ☐ 422 Appeal 28 USC 158; ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**: ☐ 820 Copyrights; ☐ 830 Patent; ☐ 840 Trademark

**SOCIAL SECURITY**: ☐ 861 HIA (1395ff); ☐ 862 Black Lung (923); ☐ 863 DIWC/DIWW (405(g)); ☐ 864 SSID Title XVI; ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**: ☐ 870 Taxes (U.S. Plaintiff or Defendant); ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**: ☐ 400 State Reapportionment; ☐ 410 Antitrust; ☐ 430 Banks and Banking; ☐ 450 Commerce/ICC Rates/etc.; ☐ 460 Deportation; ☐ 470 Racketeer Influenced and Corrupt Organizations; ☐ 810 Selective Service; ☐ 850 Securities/Commodities/Exchange; ☐ 875 Customer Challenge 12 USC 3410; ☐ 891 Agricultural Acts; ☐ 892 Economic Stabilization Act; ☐ 893 Environmental Matters; ☐ 894 Energy Allocation Act; ☐ 895 Freedom of Information Act; ☐ 900 Appeal of Fee Determination Under Equal Access to Justice; ☐ 950 Constitutionality of State Statutes; ☐ 890 Other Statutory Actions

**V. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

☒ 1 Original Proceeding; ☐ 2 Removed from State Court; ☐ 3 Remanded from Appellate Court; ☐ 4 Reinstated or Reopened; ☐ 5 Transferred from another district (specify); ☐ 6 Multidistrict Litigation; ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

42 U.S.C. Section 1983

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 DEMAND

CHECK YES only if demanded in complaint: JURY DEMAND: ☒ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** (See instructions): JUDGE DOCKET NUMBER

DATE SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY

RECEIPT # AMOUNT APPLYING IFP JUDGE MAG. JUDGE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED IN CLERKS OFFICE
2005 FEB 28 A 10: 15
U.S. DISTRICT COURT DISTRICT OF MASS.

1. TITLE OF CASE (NAME OF FIRST PARTY ON EACH SIDE ONLY) Levon Babayan V. Michael Chadinha

2. CATEGORY IN WHICH THE CASE BELONGS BASED UPON THE NUMBERED NATURE OF SUIT CODE LISTED ON THE CIVIL COVER SHEET. (SEE LOCAL RULE 40.1(A)(1)).

___ I. 160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

___ II. 195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730, 740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.

* Also complete AO 120 or AO 121 for patent, trademark or copyright cases

___ III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310, 315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371, 380, 385, 450, 891.

05-10427 RGS

___ IV. 220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660, 690, 810, 861-865, 870, 871, 875, 900.

___ V. 150, 152, 153.

3. TITLE AND NUMBER, IF ANY, OF RELATED CASES. (SEE LOCAL RULE 40.1(E)). __________

4. HAS A PRIOR ACTION BETWEEN THE SAME PARTIES AND BASED ON THE SAME CLAIM EVER BEEN FILED IN THIS COURT?

YES ☐ NO ☒

5. DOES THE COMPLAINT IN THIS CASE QUESTION THE CONSTITUTIONALITY OF AN ACT OF CONGRESS AFFECTING THE PUBLIC INTEREST? (SEE 28 USC 2403)

YES ☒ NO ☐

IF SO, IS THE U.S.A. OR AN OFFICER, AGENT OR EMPLOYEE OF THE U.S. A PARTY?

YES ☒ NO ☐

6. IS THIS CASE REQUIRED TO BE HEARD AND DETERMINED BY A DISTRICT COURT OF THREE JUDGES PURSUANT TO TITLE 28 USC 2284?

YES ☒ NO ☐

7. DO ALL PARTIES IN THIS ACTION RESIDE IN THE CENTRAL DIVISION OF THE DISTRICT OF MASSACHUSETTS (WORCESTER COUNTY) - (SEE LOCAL RULE 40.1(C)).

YES ☒ NO ☐

OR IN THE WESTERN DIVISION (BERKSHIRE, FRANKLIN, HAMPDEN OR HAMPSHIRE COUNTIES)?(SEE LOCAL RULE 40.1(D)).

YES ☐ NO ☐

8. DO ALL OF THE PARTIES RESIDING IN MASSACHUSETTS RESIDE IN THE CENTRAL AND/OR WESTERN DIVISIONS OF THE DISTRICT?

YES ☒ NO ☐

(a) IF YES, IN WHICH DIVISION DOES THE PLAINTIFF RESIDE? CENTRAL

9. IN WHICH DIVISION DO THE ONLY PARTIES RESIDING IN MASSACHUSETTS RESIDE? __________

10. IF ANY OF THE PARTIES ARE THE UNITED STATES, COMMONWEALTH OF MASSACHUSETTS, OR ANY GOVERNMENTAL AGENCY OF THE U.S.A. OR THE COMMONWEALTH, DO ALL OTHER PARTIES RESIDE IN THE

CENTRAL DIVISION; YES ☒ NO ☐ OR WESTERN DIVISION; YES ☐ NO ☐

11. ALTERNATIVE DISPUTE RESOLUTION - IS THIS CASE SUITABLE FOR ADR? IF SO, BY WHICH ADR?

EARLY NEUTRAL EVALUATION ☐ MEDIATION ☐ SUMMARY JURY/BENCH TRIAL ☐

MINI-TRIAL ☐ OTHER ☐

(PLEASE TYPE OR PRINT)

ATTORNEY'S NAME __________

ADDRESS __________

TELEPHONE NO. __________