UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LEVON BABAYAN,<br>      Plaintiff,<br><br>    v.<br><br>MICHAEL CHADINA,<br>      Defendant. | )<br>)<br>)<br>)  C.A. No. 05-10427-RGS<br>)<br>)<br>)<br>) |

ORDER FOR RE-ASSIGNMENT OF CASE TO CHIEF JUDGE YOUNG

On March 1, 2005 Plaintiff filed the above captioned matter, which was randomly assigned. Upon review of the pleadings, however, it appears this action is related to Civil Action No. 03-12037-WGY[1]. Judgment in that action entered on February 15, 2005 on behalf of the defendants.

In accordance with Local Rule 40.1(e)(1)[2], it is hereby

---

[1] The complaint in this action names a different defendant (Michael Chadinha, the Judge of the Department of Industrial Accidents), but contains substantially identical allegations, relating to his disputes with his employer, Richard Sundstrom. There are some modifications, however the complaint involves matters relating to the same events, and the relief sought appears to be similar to that sought in the case before Chief Judge Young.

[2] Local Rule 40.1(e) provides:

    Related Civil Cases.
(1) For purposes of this rule, a civil case is related to one previously filed in this court if some or all of the parties are the same and if one or more of the following circumstances also exists: the cases involve the same or similar claims or defenses; or the same property, transaction or event; or the same patent, copyright or trademark; or substantially the same questions of fact and law. This rule shall not apply if more than two (2) years have elapsed since the closing of the previous action.

ORDERED that this action is RE-ASSIGNED to Chief Judge William G. Young, and the clerk shall make the appropriate revisions to the docket.

All future filings in this action shall indicate the case number as C.A. 05-10427-**WGY**.

/s/ Richard G. Stearns
RICHARD G. STEARNS
UNITED STATES DISTRICT JUDGE

Dated: March 21, 2005