```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

LEVON BABAYAN,                 )
          Plaintiff,           )
                               )
     v.                        )   C.A. No. 05-10427-WGY
                               )
MICHAEL CHADINA,               )
          Defendant.           )
```

                          ORDER OF DISMISSAL

YOUNG, C.J.

   In accordance with the Memorandum and Order dated March 24, 2005, directing dismissal of this action for the reasons stated therein, it is hereby ORDERED that the above captioned matter be dismissed in its entirety.

                                        By the Court,

                                        /s/ Elizabeth Smith
                                             Deputy Clerk

      Dated: March 29, 2005