# UNATED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

**LEVON BABAYAN**
*Plaintiff-Employee*

                              **CIVIL ACTION NO-05-10427 WGY.**

**V.**

**MICHAEL CHADINHA**
**TORTFEASOR**
*Defendant*

## NOTICE OF APPEAL

Levon Babayan filed suit in Massachusetts U.S. District Curt against Dishonest and Corrupted Administrative Judge Michael Chadinha, Department of Industrial Accidents, who's intentionally violated All of the  U.S. Constitutional People Rights and Standing Laws, and in Conspiracy with the former Director of Department of Industrial Accidents Rita McCabe(later she was fired for Perjury and her false testimonies in this case)at first he did illegally deprive Levon Babayan-Disabled worker from the job compensation benefits, the only one source of life, and later this Crooked Criminal Administrative judge Chadinha did everything just to harm and to destroy the disabled worker Levon Babayan, and forced him to suffer, to starve and to die in poverty and despair.

1

*1.    This is a Civil action in which Plaintiff seeks to recover the fair and reasonable declaratory and injunctive compensation for the dishonest and criminal Torts, committed by the administrative Traitor-Judge of Department of Industrial Accident –Michael Chadinha, who has voluntarily participated in conspiracy and betrayal against an American Disabled Citizen and the Constitution of the United States, and also intentionally committed the crime of endangering human life and attempted to murder the disabled plaintiff.*

*JURISDICTION*

*This Court has Jurisdiction over this matter pursuant to 28 U.S.C. *1332 /Constitution of the United States; Article IV, Section2; Article VII and XIV/*
*Claim also under the Americans with Disabilities Act of 1990(the ADA) 42 U.S.C. *12101; 28 U.S.C. *1292.*

*See "Cannon v. Univ. of Chicago, 441 U.S. 677, 678, 99 S Ct. 1946, 1953, 60L Ed. 2d 560(1979 and recent decision by the U.S. Supreme Court in Alexander v. Sandoval, which distills and clarifies the approach we are obliged to follow: See 532 U.S. 275, 121 S Ct. 1511, 149 L. Ed. 2d 517*

This Chadinha's dishonest strategy provoked Levon Babayan's Second Severe Stress, Second Heart Injury and the  Second Heart Surgery, and afterwards Levon Babayan became a totally Disable Invalid.

Levon Babayan also filed suit in Massachusetts U.S. District Court against Secretary of State Galvin-his Employer for Criminal and Negligent Supervision, which was a cause for Levon Babayan Injury and total Disability after Eight years of Illegal Exploitation and Slavery job for Eight people at once.

Instead of to pay Job Compensation Benefits the Constitutional Murderer Galvin secretly and illegally fired Disabled worker and terminated his Medical Insurance, to desert Levon Babayan after

two heart Attacks and Two heart Surgeries without medical assistance and any money.

Conspiracy and betrayal of the U.S. Constitution, as well as the People Rights and "Justice for All"- from a side of the lying the crooked and dishonest

Intentionally, willfully and knowingly Obstructed and Miscarriage Justice, and Deprived Disabled Plaintiff of all rights, privileges, and immunities secured by the Constitution and Laws.

This Deprivation resulted from the Official Policy and Custom of a Local Unit of Massachusetts Mafia Government, who is with impunity herding, destroying and murdering ordinary American Citizens like Plaintiff and  Violated all of the Plaintiffs Constitutional Rights(See Amendment VII,XIV)and dishonestly forced the Disabled Plaintiff Levon Babayan to continue suffer.

To hide the Crime of the Juridical Officer and the potential murderer- Administrative judge Chadinha, his protector and Accomplice

3

*In the same time this traitor-Federal judge Young*

*violate the Constitution of the United States;*
*Amendment VII and Amendment XIV in favor of the*
*Judicial murderer Chadinha and denied illegally*
*Levon Babayan from the trial by Jury, and from any*
*compensation and trial and without any trial.*


*This crooked traitor judge Young did forget that*


*: and not for the protection Mafia-*
*Government, but in the real Life the Corruption of*
*the Criminals in the Massachusetts State Government*
*does exist many years and now too, in distinct to*
*American People Constitutional Rights, which are*
*existing  only on the toilet paper.*
*(U.S. Constitution: Article III)*

*As you see the traitor-judge Young took from the*
*Disabled on his job Citizen Levon Babayan all*
*privileges and immunities,*
*) and the judge's*
*Conspiracy with the another crooked and dishonest*
*Administrative judge-murderer Chadinha and with the*
*Massachusetts Mafia-Government is a Treason.*
*The traitor-judge YOUNG instead of to conduct the*
*objective and dissent court hearing, turned to*
*opinion of another dishonest and crooked*

4

*of*
*DIA- Rita McCabe, using her Perjury-did commit the*
*crime and illegally denied All of the Medical*
*Documents, and also denied a Disabled Levon Babayan*
*from the Job Compensation Benefits, after first*
*heart Attack and first heart surgery, because by*
*the his Chadinha's " Medical" opinion nothing*
*happened with the Disabled on his job worker.*

*One Year and Seven Months          28*
*days                                              "*

*decision, in what he again denied Medical Science*
*and All medical statements from the Five Doctors*
*and created his personal medical Discovery, that*
*the Heart Injury and Cardio Artery Disease do not*
*have anything common with the Severe Stress.*

*With this Illegal and long mockery term of waiting*
*(One year and Seven months) Administrative judge*
*Chadinha did jeopardized the life of the Disabled*
*worker Levon Babayan, who had to live without any*
*money and had to loose everything what he work for,*
*even his house and suffer from starvation and from*
*absent of medicine. These intentional judges*

*Chadinha crime and meanness provoked the Second*
*Severe Stress, Second Heart Attack, Second Heart*
*Injury and Second Heart Surgery.*
*God bless American justice in heaven.*

*Even this judges Chadinha Illegal conclusion does show all of the dishonesty and stupidity and also contradicted to the American Medical Science and Medical Evidences from the Five American Doctors, and goes over his jurisdiction, but this conclusion was taken by the another Dishonest and Stupid Federal judge Young, just to committed Miscarriage of Justice and to still from the Disabled worker his Constitutional and Human Rights.*

The Supreme Judicial Court has made clear that creating and presenting and offering of false and misleading testimony amount to "unconscionable" conduct meriting the severest of sanctions.

See Rockdale Management Co. Inc. v. Shawmut Bank, N.A.418 Mass.596, 599-600(1994)

That is why, the Forgery of my case title: Levon Babayan v. Michael Chadinha in to mostly pleasant for dishonest Attorney General Office and accomplice in this crime judge Elizabeth Bowen Donovan case:

"Levon Babayan v. Michael Chadinha-Administrative Law Judge at the Department of Industrial Accidents"
-Is a dishonest Forgery, crime - which happened in Court by the Court Officers? And made the Judgment to dismiss this case, which was done by the Judge Elizabeth Bowen Donovan in July 7, 2004-is Illegal.

In 1878 Government immunity was overruled and application of Section 1983 was to be greatly

expanded mostly because of the modern development
of the "due process" and "equal protection"
relative to heightened awareness to individual
rights/liberties.

"Every person" (acting under color of state law)
who causes another to be deprived of a federal
constitutional or statutory right is liable and,
therefore, can be sued under Section 1983, and the

Court Officers sued in their personal capacity come
to the court as individuals.

Title 42 United States Code, Section 1983 is the
most utilized and lucrative form of Liability
litigation against Judges, Law enforcement
officers, and other justice practitioners.
The case that resuscitated the statute was

"Monell v. Department of Social Services" (436 U.S.
658(1978)

The U.S. Supreme Court overruled its previous
decisions about absolute municipal immunity…
Monell made it clear that a case of action exist
under Section 1983 where:

1.  Plaintiff has been deprived of a right,
privilege or immunity secured by the Constitution
and Laws.
2.  Such deprivation resulted from the official
policy, Conspiracy or custom of a local unit of
Government.

Maine v. Thboutot (448 U.S. 1(1980)- This case
reaffirmed the rights to Sue municipalities.

Judges - are absolutely immune from liability for
their judicial acts under Section 1983 - as long as
they Do Not act in Absence of all jurisdictions,

======================================================

and because understanding Medical Causation is
"beyond the knowledge of the ordinary crook-judge
Chadinha, who intentionally ignored experts medical
opinions and Medical Science"- and made his new
discovery in the Medical Science Jurisdictions.

Pierson v. Ray, 386 U.S. 547 (1967)



            the job related Severe Stress
doesn' t connected to the two heart injuries(CAD)
and two (thanks to Chadinha)heart surgeries.

And Finally to force a disabled plaintiff Levon
Babayan to die, the dishonest judge-murderer
Chadinha made a second "Medical" decision not to
treat disabled Levon Babayan from the heart
injures, because he, Chadinha doesn't wont it.

The standard of liability in a case alleging Cruel
and unusual stupid stubbornness relating to a
claimed omission of Medical Care is whether the
Plaintiff proves exceptional circumstances and the
conduct was so grossly incompetent, inadequate, and
excessive as to shock the conscience or to be
intolerable to basic fairness.

Dewell v. Lawson 489 F.2d 877(10th Cir 1974)

The administrative judge Chadinha disregarded of
clearly established law and constitute conspiracy
and gross negligent and he did not act in good
faith

The Associate Justice Murphy in his decision at August 17, 2004 (Motion P#13.2) did admit that the State of Massachusetts stole from the disabled Citizen Levon Babayan the Health, Constitutional and Human Rights, the Job Compensation Benefits and Accidental Disability Pension and made Levon Babayan an indigence beggar - in the same time

Justice Murphy Denied request for Evidentiary Hearing (rec'd8/4/04) and Deprived again a Disabled Worker from the Constitutional Rights and Laws Protection.

The Conspiracy against American People and Treason is a Diesis, which infected Judges from the Dedham Superior Court and I have enough evidences for Six years of Abuse and Betrayal, to prove it.

(See of the Justice Murphy decision from 8/17/04)

To the traitor-Judge Elizabeth Bowen Donovan's knowledge, according to the Title 42 United States Code, Section 1983- Every person who, under color of any statute, ordinance, regulation, custom, or usage of any State, Territory - Subjects, or causes to be subjected, any citizen of the United States or any other person within the jurisdiction - thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and Laws, SHALL BE LIABLE to the party injured in action at law, Suit in Equity, or other proper proceeding for redress…
Title 42 United States Code, Section 1983 is the most utilized and lucrative form of Liability litigation against Judges, Law enforcement officers, and other justice practitioners.
The case that resuscitated the statute was "Monell v. Department of Social Services" (436 U.S. 658 (1978)

9

The U.S. Supreme Court overruled its previous
decisions about absolute municipal immunity…
Monell made it clear that a case of action exist
under Section 1983 where:


1.  Plaintiff has been deprived of a right,
privilege or immunity secured by the Constitution
and Laws.
2.  Such deprivation resulted from the official
policy, Conspiracy or custom of a local unit of
Government.
Maine v. Thboutot (448 U.S. 1(1980)- This case
reaffirmed the rights to Sue municipalities.


their judicial acts under Section 1983 -


                   intentionally ignored experts medical

Opinions and American Medical Science"- and made
     His new discovery in the Medical Science
Jurisdictions.

Pierson v. Ray, 386 U.S. 547 (1967)

The dishonest administrative judge Chadinha

willfully and intentionally did participate in

conspiracy against disabled worker Levon Babayan,

and at first he illegally denied him after job

related first Severe Stress, heart injury and heart

surgery-from the job compensation benefits, and

later he again deprived Levon Babayan from the
Federal, Constitutional and statutory rights, and
forced a disabled worker to suffer and starve
without any money for living and medicine, over One
year and Seven months, and this suffering also
provoked a second severe Stress, second heart
Attack and the second Heart Surgery, after which
Levon Babayan became a totally invalid.
See Lavoie v. Westfield Pub. School Sys. 7 Mass.
Workers' Comp. Rep. 77. 81(1993)
To avoid responsibilities for his crime and harm,
this was done to disabled Plaintiff, judge-
murderer Chadinha decided to ignore testimonies of
the Five treating Doctors and conclusion of the
Medical Science and created his Chadinha's "medical
findings" that the job related Severe Stress
doesn't connected to the two heart injuries(CAD)
and two (thanks to Chadinha) heart surgeries.
And Finally to force a disabled plaintiff Levon
Babayan to die,

The standard of liability in a case alleging Cruel
and unusual stupid stubbornness relating to a
claimed omission of Medical Care is whether the
Plaintiff proves exceptional circumstances and the
conduct was so grossly incompetent, inadequate, and
excessive as to shock the conscience or to be
intolerable to basic fairness.

Dewell v. Lawson 489 F.2d 877(10th Cir 1974)

The administrative judge Chardinha disregarded of
clearly established law and constitute conspiracy
and gross negligent and he did not act in good
faith!

The administrative judge Chadinha failed to be
fair, honest and objective; he betrayed the
Constitutional duties and the People rights and
became a criminal conspirator.

The Outrageous conduct and the brutality of

## CONCLUSION
========================

Defendant- administrative Judge and officer of the
Law -betrayed the trust of the people, Constitution
of the Commonwealth and American Essence.
Defendant conspired to engage in and did engage in
and committed acts in furtherance of a conspiracy
for the purpose to commit Fraud.

Defendant knew or should have know that the Injured
at his job Disabled Plaintiff needs some income
just to survive and pay for food, house,
medication, medical insurance, utilities, car and
car expenses and court expenses, but Defendant
purposely and intentionally denied Disabled
Plaintiff from the job compensation benefits and
forced Plaintiff to lose everything what he worked
for, and to live in deep poverty on the street and
suffer from the absence of food and prescription
medication.

   Plaintiff was additionally injured by
Defendant's unfair and deceptive acts or practices,
which acts or practices were willful and knowing
violation of G.L.M. c.258, section 2, and G.L.M.

13

c.265. Section 37-Violation of constitutional rights.

The above conduct was extreme and outrageous and beyond all bounds of decency and was intolerable in court and in a civilized country like the United States of America.

As a direct result of the Defendant's unlawful conduct, the Plaintiff has suffered Extreme and severe Emotional Distress and Mental Anguish, which provoked the Plaintiff additional heart injury, second heart attack and second heart surgery.

Defendant is thus liable to the Disabled Plaintiff for infliction of Enormous Emotional Distress, Second heart attack and the Second Heart Surgery.

WHEREFORE, Plaintiff demands judgment against Defendant because all conditions precedent to filing of this Appeal have been satisfied under Title 42 United States Code, Section 1983, Chapter 2: Civil liability in Criminal Justice: " Constitutional and Intentional Torts".

As a direct result of the Chadinha's "Medical Discovery's" a disabled worker Levon Babayan was illegally deprived from the Job Compensation Benefits and from the Accidental Disability Pension, and continue to suffer from the poverty and betrayal as a totally disabled.
God bless America!

*Plaintiff demands Jury Trial on all issues so triable.*

United States District Court

District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Greenberg, Rebecca entered on 3/21/2005 at 4:05 PM EST
and filed on 3/21/2005
Case Name: Babayan v. Chadinha
Case Number: 1:05-cv-10427
Filer:
Document Number: 3

Docket Text:
Judge Richard G. Stearns : ORDER FOR RE-ASSIGNMENT OF CASE TO CHIEF JUDGE YOUNG
entered. On March 1, 2005 Plaintiff filed the above captioned matter, which was randomly assigned. Upon
review of the pleadings, however, it appears this action is related to Civil Action No. 03-12037-WGY. In
accordance with Local Rule 40.1(e)(1), it is hereby ORDERED that this action is RE-ASSIGNED to Chief
Judge William G. Young, and the clerk shall make the appropriate revisions to the docket. All future filings
in this action shall indicate the case number as C.A. 05-10427-WGY. [Case reassigned to Judge William G.
Young for all further proceedings. Judge Richard G. Stearns no longer assigned to case Counsel are
directed to the Court's Standing Orders re: Electronic Case Filing.](Greenberg, Rebecca)

The following document(s) are associated with this transaction:

Document description:Main Document
Original filename:yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=3/21/2005] [FileNumber=900822-0]
[96ddd48bebaf6109227e4255fe2cd5258081626283d36706539ff9ba972dc062d077
ef164b90c4957967058b8bf2fc88e44f30d739b9cbf2aa90208cefd172cb]]

1:05-cv-10427 Notice will be electronically mailed to:

1:05-cv-10427 Notice will not be electronically mailed to:

Levon Babayan
96 Bussey Street
Dedham, MA 02026