## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number :  05-cv-10427

Levon Babayan

v.

Michael Chadina

### CLERK'S CERTIFICATE

I, Sarah A Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on  4/4/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on April 6, 2005.

Sarah A. Thornton, Clerk of Court

By: _Jeanette Ramos_

Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: __4/6/05__ .

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

[cv: apprec.] [cr: kapprec.]

APPEAL

# United States District Court
# District of Massachusetts (Boston)
# CIVIL DOCKET FOR CASE #: 1:05-cv-10427-WGY

Babayan v. Chadinha
Assigned to: Chief Judge William G. Young
Cause: 42:1983 Civil Rights (Employment Discrimination)

Date Filed: 03/01/2005
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

## Plaintiff

**Levon Babayan**

represented by **Levon Babayan**
96 Bussey Street
Dedham, MA 02026
PRO SE

V.

## Defendant

**Michael Chadinha**

| Date Filed | # | Docket Text |
|---|---|---|
| 03/01/2005 | 1 | MOTION for Leave to Proceed in forma pauperis by Levon Babayan.(Jenness, Susan) (Entered: 03/08/2005) |
| 03/01/2005 | 2 | COMPLAINT against Michael Chadinha Filing fee: $ 0.00, receipt number 0.00, filed by Levon Babayan. (Attachments: # 1 Civil Cover Sheet)(Jenness, Susan) (Entered: 03/08/2005) |
| 03/01/2005 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter |

| | | |
|---|---|---|
| | | will be transmitted to Magistrate Judge New Magistrate. (Jenness, Susan) (Entered: 03/08/2005) |
| 03/21/2005 | 3 | Judge Richard G. Stearns : ORDER FOR RE-ASSIGNMENT OF CASE TO CHIEF JUDGE YOUNG entered. On March 1, 2005 Plaintiff filed the above captioned matter, which was randomly assigned. Upon review of the pleadings, however, it appears this action is related to Civil Action No. 03-12037-WGY. In accordance with Local Rule 40.1(e)(1), it is hereby ORDERED that this action is RE-ASSIGNED to Chief Judge William G. Young, and the clerk shall make the appropriate revisions to the docket. All future filings in this action shall indicate the case number as C.A. 05-10427-WGY. [Case reassigned to Judge William G. Young for all further proceedings. Judge Richard G. Stearns no longer assigned to case Counsel are directed to the Court's Standing Orders re: Electronic Case Filing.] (Greenberg, Rebecca) (Entered: 03/21/2005) |
| 03/24/2005 | 4 | Judge William G. Young : MEMORANDUM AND ORDER entered: For the reasons stated in the Memorandum and Order, the Plaintiff's Application to Proceed Without Prepayment of Fees is Allowed, and this action is dismissed in its entirety.(Greenberg, Rebecca) (Entered: 03/29/2005) |
| 03/29/2005 | 5 | Judge William G. Young : ORDER OF DISMISSAL OF CASE entered.(Greenberg, Rebecca) Additional attachment(s) added on 3/29/2005 (Greenberg, Rebecca). (Entered: 03/29/2005) |
| 04/04/2005 | 6 | NOTICE OF APPEAL as to 5 Order Dismissing Case by Levon Babayan. Reason fee is not required: Filing In Forma Pauperis NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at |

|  |  | http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 4/25/2005. cc/cl.(Bell, Marie) (Entered: 04/04/2005) |
|---|---|---|