**MANDATE**

# United States Court of Appeals
## For the First Circuit

No. 05-1518

LEVON BABAYAN,

Plaintiff, Appellant,

v.

MICHAEL CHADINHA,

Defendant, Appellee.

Before

Boudin, <u>Chief Judge</u>,
Lynch and Lipez, <u>Circuit Judges</u>.

JUDGMENT

Entered: July 11, 2005

   Substantially for the reasons spelled out in the Memorandum and Order of the district court, dated March 24, 2005, the judgment of dismissal is <u>affirmed</u>.

By the Court:

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

Richard Cushing Donovan, Clerk.

Richard Cushing Donovan, Clerk

By: _____
MARGARET CARTER
Chief Deputy Clerk.

Deputy Clerk

Date: AUG 01 2005

[cc: Mr. Babayan]